[Cite as *Jordan v. Unknown*, 2011-Ohio-2136.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

DAVID L. JORDAN

     Plaintiff

     v.

UNKNOWN

Case No. 2010-12699-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On December 14, 2010, this court issued a pre-screening entry dismissing Franklin County Correctional Facility as a party and ordering plaintiff to file an amended complaint naming a state department, board, office, commission, agency, institution, or other state instrumentality as defendant or face dismissal of his case. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED without prejudice. The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

David L. Jordan
1996 Bretnell Avenue
Columbus, Ohio 43219

DRB/laa
Filed 2/16/11
Sent to S.C. reporter 4/29/11